**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Nathaniel GREEN, a.k.a. Nate,**
**Defendant–Appellant.**

No. 14–13475
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

April 30, 2015.

Roberta Josephina Bodnar, U.S. Attorney's Office, Orlando, FL, Arthur Lee Bentley, III, U.S. Attorney's Office, Tampa, FL, Andrew Tysen Duva, Bonnie Ames Glober, John Matthew Guard, Russell C. Stoddard, Frank Merrill Talbot, II, U.S. Attorney's Office, Jacksonville, FL, for Plaintiff–Appellee.

Rosemary Cakmis, Donna Lee Elm, Federal Public Defender's Office, Orlando, FL, Susan Good Yazgi, Federal Public Defender's Office, Jacksonville, FL, Nathaniel Green, FCI Hazelton–Inmate Legal Mail, Bruceton Mills, WV, for Defendant–Appellant.

Before MARTIN, KRAVITCH and ANDERSON, Circuit Judges.

PER CURIAM:

Susan Yazgi, appointed counsel for Nathaniel Green, has moved to withdraw from further representation of Green and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the revocation of Green's supervised release and imposition of his sentence are **AFFIRMED.**